# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**LUIS GERARDO GARCIA**
**Reg #95616-279**                                                    **PETITIONER**

v.                                    **No. 2:17-cv-70-DPM**

**GENE BEASLEY, Warden,**
**FCI - Forrest City Low**                                           **RESPONDENT**

## ORDER

Unopposed recommendation, № 13, partly adopted and partly declined. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Garcia's claim fails on the merits for the reasons explained by the Magistrate Judge. The petition will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 August 2018