# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

LUIS GERARDO GARCIA
Reg #95616-279                                                PETITIONER

v.                    No. 2:17-cv-70-DPM

GENE BEASLEY, Warden,
FCI - Forrest City Low                                        RESPONDENT

## JUDGMENT

Garcia's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2018